```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

KENDRICK LEWIS                                CIVIL ACTION

VERSUS                                        NO: 08-5106

N. BURL CAIN, WARDEN                          SECTION: R(2)


**<u>ORDER</u>**

Neither party has objected to Magistrate Judge Wilkinson's Report and Recommendation and the Court adopts the Report as its own opinion. Accordingly, it is ordered that the petition of Kendrick Lewis for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 4th day of August, 2009.

_____
        SARAH S. VANCE
   UNITED STATES DISTRICT JUDGE